UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jesus URIBE-Felix,

Defendant

'08 MJ 1092

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **April 8, 2008** within the Southern District of California, defendant, **Jesus URIBE-Felix,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **9th** DAY OF **APRIL, 2008.**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jesus URIBE-Felix

## PROBABLE CAUSE STATEMENT

On April 8, 2008, Border Patrol Agent B. Lopez was assigned to linewatch duties in the Imperial Beach Border Patrol Station area of operations. At approximately 6:00 a.m., a National Guard infrared scope operator informed agents in the area, via service radio that twelve subjects were observed running north from the United States/Mexico Border towards in an area commonly referred to as "Clear Water." This area is approximately two miles west of the San Ysidro, California, Port of Entry, and is approximately two hundred yards north of the United States/Mexico International Boundary.

As Agent Lopez responded to an area north of the group and waited for the subjects to approach his position. After a brief wait, Agent Lopez observed twelve individuals walking north. When the individuals were approximately 15 feet away, Agent Lopez identified himself as a United States Border Patrol Agent. The defendant, who was significantly in front of the other individuals, immediately ran eastbound away from the agents' position. Agent Lopez immediately gave chase, and after approximately one-hundred yards, was able to catch the subject and detain him. Agent Lopez again identified himself as a United States Border Patrol Agent, and conducted an immigration inspection. The defendant, later identified as **Jesus URIBE-Felix**, freely admitted to being a citizen and national of Mexico, illegally present in the United States, and did not possess any immigration documents that would allow him to legally enter or remain in the United States. All subjects, including the defendant were subsequently transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on October 3, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.